**MAJORS**

v.

**OWENS**

**20160108**

Supreme Court of Utah.

05-16-2016

20140465

Petition for Writ of Certiorari Granted.